B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): Grant, Terri M. | Name of Joint Debtor (Spouse) (Last, First, Middle): Grant, Jr. Roger |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 3782 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 7925 |
| Street Address of Debtor (No. and Street, City, and State): 2200 S. Grace Street, #512 Lombard, IL  ZIP CODE 60148 | Street Address of Joint Debtor (No. and Street, City, and State): 2200 S. Grace Street, #512 Lombard, IL  ZIP CODE |
| County of Residence or of the Principal Place of Business: DuPage | County of Residence or of the Principal Place of Business: DuPage |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☑ Over 100,000 |

Estimated Assets
| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

KENNETH S. GARDNER, CLERK
08-REP-DOB
NOV 04 2008
FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Terri M. Grant and Roger Grant Jr. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: U.S Bankruptcy Court-District of Arizona | Case Number: 06-BK-01062 | Date Filed: 09/05/2006 |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _(signed)_<br>Signature of Debtor<br><br>X _Roger Grant Jr_<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney) (630) 953-8256<br>Date 10/30/08 | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>Printed Name of Attorney for Debtor(s)<br><br>Firm Name<br><br>Address<br><br>Telephone Number<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | |

ATTACHMENT
NAMES AND ADDRESSES OF ALL CREDITORS

ADVANCE AMERICA CASH ADVANCE
2849 EAST NEW YORK STREET, SUITE D
AURORA, IL  60502

ALLTELL COMM
1 ALLIED DRIVE
LITTLE ROCK, AR  72202

ALLTELL COMMUNICATION
2880 ZELDA ROAD
MONTGOMER, AL  36106

AMERICAN GENERAL FINANCE
1409 WEST LAKE STREET
ADDISON, IL  60101

AMERICAN FURNITURE
PO BOX 3685
ALBERQUERQUE, NM  87190

AMSHER COLL
1816 3 AVE NORTH
BIRMINGHAM, AL  35203

ARIZONA DEPARTMENT OF REVENUE
1600 W. MONROE ROOM 110
PHOENIX, AZ 85007

ARIZONA PEDIATRIC SURGERIES
5166 E. GLENN
TUCSON, AZ  85712-1336

AT & T
5020 ASH GROVE ROAD
SPRINGFIELD, IL 62711

BANK ONE
PO BOX 901008
FORT WORTH, TX  76101

BARGAIN CITY-RTO
1328 W. PRINCE ROAD
TUCSON, AZ 85705

BOCC
1 S. NORTHWEST HIG
3D FLOOR IL 1-28
PARK RIDGE, IL 60068

CAPITAL ONE BANK
11011 W. BROAD STREET
GLEN ALLEN, VA 23060

CAPITAL ONE BANK
PO BOX 85520
RICHMOND, VA  23285

CBD
530 RIVERSIDE DRIVE
SALISBURY, MD  21801

CCB/CHEVRON CREDIT
PO BOX 5010
CONCORD, CA 94524

CCS, INC
PO BOX 22630
CLEVELAND, OH  44122

COMPUTER CREDIT
640 WEST FOURTH STREET
PO BOX 5238
WINSTON-SALEM, NC 27113-5238

COLLECTION COMPANY OF AMERICA
700 LONGWATER DRIVE
PO BOX 806
NORWELL, MA  02061-0806


COTTONWOOD FINANCIAL, LLC
1901 GATEWAY DRIVE
SUITE 200
IRVING, TX  75038

CHASE

PO BOX 901008
FORT WORTH, TX 76101

CHASE CIRCUIT CITY
PO BOX 100019
KENNESAW, GA 30156

CHECK-N-GO INSTALLMENT LOANS
1047 S. YORK ROAD
UNIT C
BENSENVILLE, IL 60106

CMRE FINANCE
3350 E. BIRCH STREET
SUITE 200
BREA, CA 92821

COMMUNITY CREDIT
5675 NORTH ORACLE SUITE 320
TUCSON, AZ 85704

CREDITORS INTERCHANGE
PO BOX 2270
BUFFALO, NY 14240-2270

DENTAL CARE AND ASSOCIATES
282 E. RIVER ROAD
SUITE 100
TUCSON, AZ 85704

DELL FINANCE
ONE DELL WAY
ROUND ROCK, TX 76882

DELL FINANCIAL SERVICES
3500A WADLEY PLACE
AUSTIN, TX 78727

ELMHURST CLINIC
C/O PELLETTIERI AND ASSOCIATES
DEPT 77304
PO BOX 77000
DETROIT, MI 48277-0304

ELMHURST MEMORIAL HOSPITAL
200 BERTEAU AVENUE
ELMHURST, IL 60126

FCNB MSTR TR
PO BOX 5280 9300 SW GEMINI DR
PORTLAND, OR 92706

FOCUS RECEIVABLES MANAGEMENT
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067


GE CONSUMER FINANCE
PO BOX 981426
EL PASO, TX  79997

GECCCC/DILLARDS
5300 KING ISLAND DRIVE
MASON, OH  45040

GEMB/MERVYN
PO BOX 981400
EL PASO, TX 79998

GEN BUSINESS RECOVERIES
1100 E. BROADWAY BLVD
TUCSON, AZ 85719

GENESIS FINANCIAL SOLUTIONS
8705 SW NIMBUS AVE SUITE 3
BEAVERTON, OR  97008

HUNTER WARFIELD
3111 W. DR. MARTIN LUTHER KING BLVD #200
TAMPA, FL 33607

HSBC NV
PO BOX 98706
LAS VEGAS, NV  89193

IC SYSTEMS
444 HIGHWAY 96 EAST
PO BOX 64887
SAINT PAUL, MN  55164

INTERNAL REVENUE SERVICE
KANSAS CITY, MO  64999

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
212 E. EARLL STOP 5085
PHOENIX, AZ  85012

INTERNAL REVENUE SERVICE
ACS SUPPORT – STOP 5050
PO BOX 219236
KANSAS CITY, MO  64121-9236

KAY JEWELERS
375 GHENT ROAD
AKRON, OH  44333

KEY BANK USA
601 OAKMONT LANE
WESTMONT, IL  60559

MCCBG/MERV
RETAILERS NATIONAL BANK
MINNEAPOLIS, MN  55440

MCCBG/MERVYNS
3701 WAYZATA BLVD
MINNEAPOLIS, MN 55416

MED DATA SYS
2150 15TH AVE
VERO BEACH, FL  32960

MERRICK
55 EAST AMES COURT
PLAINVIEW, NY 11803

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE, NY  11804

MERRICK BANK
PO BOX 5000
DRAPER, UT  84020

MIDL FINL
7541 N. WESTERN AVENUE
CHICAGO, IL  60645

MIDLAND CREDIT MGMT
4310 EAST BROADWAY ROAD
PHOENIX, AZ  85040

MIRAMED REVENUE GROUP
DEPT 77304
PO BOX 77000
DETROIT, MI  48277-0304

MUNSON MEDICAL CENTER
PO BOX 1131
TRAVERSE CITY, MI  49685

NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS, MN  55402-3475

NCO FIN
PO BOX 41726
PHILADELPHIA, PA  19101

NICOR GAS
1844 FERRY ROAD
NAPERVILLE, IL  60563

NORWEST FINC
3655 N. ORACLE ROAD 1
TUCSON, AZ  85705

NORTHWEST MEDICAL CENTER
6200 N. LA CHOLLA BLVD
TUCSON, AZ 85741

ORO VALLEY HOSPITAL
1551 E. TANGERINE ROAD
TUCSON, AZ 85737

PELLETTIERI AND ASSOCIATES
DEPT 77304
PO BOX 77000
DETROIT, MI  48277-0304

PINE REST
300 68TH STREET
PO BOX 165
GRAND RAPIDS, MI 49501

PROVIDIAN FINANCIAL
PO BOX 9180
PLEASANTON, CA 94566

RADIOLOGY LTD
1980 W. HOSPITAL DRIVE
TUCSON, AZ 85704

ROUNDUP FUNDING
% RICHARD J. BOUDREAU
5 INDUSTRIAL WAY
SALEM, NH 03079

SALLIE MAE
220 LASLEY AVENUE
WILKES BARRE, PA 18773

SERVICE FINANCE
1956 NE 5TH
BOCA RATON, FL 33431

SOUTHWEST EMERGENCY
1601 W. ST. MARY'S ROAD
TUCSON, AZ 85745

SM SERVICING
PO BOX 9500
WILKES BARRE, PA 18773

STUART ALLAN AND ASSOCIATES
5447 E. 5TH STREET
TUCSON, AZ 85711

SURETY ACCEPTANCE
6440 E. BROADWAY BLVD
TUCSON, AZ 85710

T-MOBILE
C/O MITCHELL N. KAY
PO BOX 2374
CHICAGO, IL 60690-2374

8

TCF NATIONAL BANK
800 BURR RIDGE PKWY
BURR RIDGE, IL 60521

THE CASH STORE
266 E. ROOSEVELT ROAD
LOMBARD, IL 60148

TRS RECOVERY
5251 WESTHEIMER
HOUSTON, TX 77056

TURNER ACCEPTANCE
4450 N. WESTERN AVE
CHICAGO, IL 60625

TUCSON MEDICAL CENTER
5301 EAST GRANT ROAD
PO BOX 42195
TUCSON, AZ 85733

UNITED RECOVERY SYSTEMS
10075 W. COLFAX AVE
LAKEWOOD, CO 80215

USA GROUP LOAN SERVICES
PO BOX 6179 MC 3225
INDIANAPOLIS, IN 46206

USA SERVICING COMPANY
11100 USA PARKWAY
FISHERS, IN 46038

VERIZON WIRELESS
1515 WOODFIELD ROAD SUITE 140
SCHAUMBURG, IL 60173

WELL FARGO FINANCIAL
3655 NORTH ORACLE ROAD 105
TUCSON, AZ 85075

WELLS FARGO FINANCIAL BANK
1200 NORTHWEST AVE
SIOUX FALLS, SD 57104

WHEATLAND DETNAL CARE
5060 ACE LANE
SUITE 100
NAPERVILLE, IL  60546

WFNB/AMERICAN HOME
PO BOX 29196
SHAWNEE MISSION, KS  66201

WELLS FARGO
1460 NW VIVION ROAD
KANSAS CITY, MO 64118

WELLS FARGO
PO BOX 28724
KANSAS CITY, MO  64188

WEST ASSET MANAGEMENT
PO BOX 105478
ATLANTA, GA  30348-5478

WFS FINANCIAL
PO BOX 19752
IRVINE, CA  92623

WLS FRG FINC
625 E. WETMORE
TUCSON, AZ 85705